■ GASPER A. TIRONE and Another, Co-Trustees of GASPER A. TIRONE and ELAINE E. TIRONE TRUST, Respondents, v DEBO-

RAH A. BUCZEK, Appellant, et al., Defendants. [42 NYS3d 919]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Lindley, Curran, Troutman and Scudder, JJ.